NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VETRONY LIVINGSTON,       )
                          )
            Appellant,    )
                          )
v.                        )        Case No. 2D18-2174
                          )
STATE OF FLORIDA,         )
                          )
            Appellee.     )
_____)

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Vetrony Livingston, pro se.

PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.